# EXHIBIT A



# STATE OF RHODE ISLAND JUDICIARY
## SUPERIOR COURT
### SUMMONS

| | |
|---|---|
| | **Civil Action File Number** PC-2024-02978 |
| **Plaintiff** IAN MCGEE v. TERRASMART, INC. **Defendant** | **Attorney for the Plaintiff or the Plaintiff** Michael Joseph Santomaro **Address of the Plaintiff's Attorney or the Plaintiff** 478A Broadway Providence RI 02909 |
| Licht Judicial Complex Providence/Bristol County 250 Benefit Street Providence RI 02903 (401) 222-3250 | **Address of the Defendant** 3556 Lake Shore Road Buffalo NY 14219 Registered Agent: Corporation Service Company 222 Jefferson Blvd, Suite 200 Warwick, RI 02888 |

**TO THE DEFENDANT, TERRASMART, INC.:**

The above-named Plaintiff has brought an action against you in said Superior Court in the county indicated above. You are hereby summoned and required to serve upon the Plaintiff's attorney, whose address is listed above, an answer to the complaint which is herewith served upon you within twenty (20) days after service of this Summons upon you, exclusive of the day of service.

If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

As provided in Rule 13(a) of the Superior Court Rules of Civil Procedure, unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation, or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counterclaim any related claim which you may have against the Plaintiff, or you will thereafter be barred from making such claim in any other action.

| This Summons was generated on 5/28/2024. | /s/ Stephen Burke Clerk |
|---|---|

Witness the seal/watermark of the Superior Court

SC-CMS-1 (revised November 2022)

A TRUE COPY ATTEST
HAROLD OUIMETTE
Constable #3120
Date  /  /

SC #
185

05/30/24



# STATE OF RHODE ISLAND JUDICIARY

## SUPERIOR COURT

| **Plaintiff**<br>IAN MCGEE<br>v.<br>TERRASMART, INC.<br>**Defendant** | **Civil Action File Number**<br>PC-2024-02978 |
|---|---|

## PROOF OF SERVICE

I hereby certify that on the date below I served a copy of this Summons, complaint, Language Assistance Notice, and all other required documents received herewith upon the Defendant, TERRASMART, INC., by delivering or leaving said papers in the following manner:

☐ With the Defendant personally.

☐ At the Defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person of suitable age and discretion _____
  Address of dwelling house or usual place of abode _____
  _____
  Age _____
  Relationship to the Defendant _____

☐ With an agent authorized by appointment or by law to receive service of process.
  Name of authorized agent _____
  If the agent is one designated by statute to receive service, further notice as required by statute was given as noted below.
  _____

☐ With a guardian or conservator of the Defendant.
  Name of person and designation _____

☐ By delivering said papers to the attorney general or an assistant attorney general if serving the state.

☐ Upon a public corporation, body, or authority by delivering said papers to any officer, director, or manager.
  Name of person and designation _____

Page 1 of 2

SC-CMS-1 (revised November 2022)



# STATE OF RHODE ISLAND JUDICIARY

## SUPERIOR COURT

Upon a private corporation, domestic or foreign:
☐ By delivering said papers to an officer or a managing or general agent.
   Name of person and designation _____
☐ By leaving said papers at the office of the corporation with a person employed therein.
   Name of person and designation _____
☐ By delivering said papers to an agent authorized by appointment or by law to receive service of process.
   Name of authorized agent _____
   If the agent is one designated by statute to receive service, further notice as required by statute was given as noted below.
   _____

☐ I was unable to make service after the following reasonable attempts: _____
_____

SERVICE DATE: ____/____/____    SERVICE FEE $ _____
             Month  Day  Year

Signature of SHERIFF or DEPUTY SHERIFF or CONSTABLE

SIGNATURE OF PERSON OTHER THAN A SHERIFF or DEPUTY SHERIFF or CONSTABLE MUST BE NOTARIZED.

_____
Signature

State of _____
County of _____

On this _____ day of _____, 20____, before me, the undersigned notary public, personally appeared _____ ☐ personally known to the notary or ☐ proved to the notary through satisfactory evidence of identification, which was _____, to be the person who signed above in my presence, and who swore or affirmed to the notary that the contents of the document are truthful to the best of his or her knowledge.

Notary Public: _____
My commission expires: _____
Notary identification number: _____

Page 2 of 2

Filed in Providence/Bristol County Superior Court
Submitted: 5/24/2024 2:32 PM
Envelope: 4643402
Reviewer: Carol M.

Case 1:24-cv-00260-JJM-PAS   Document 1-1   Filed 06/28/24   Page 5 of 12 PageID #: 10

STATE OF RHODE ISLAND

PROVIDENCE, SC.                                         SUPERIOR COURT

IAN MCGEE                          :
       *Plaintiff*         :
VS.                                :   C.A. NO. PC-2024-02978
                                   :
TERRASMART, INC. and               :
       *Defendant*        :

## COMPLAINT AND JURY TRIAL DEMAND

### PARTIES

1. Plaintiff, IAN MCGEE, is a resident of the City of Hopewell, Mercer County, State of New Jersey;

2. Defendant, TERRASMART, INC. (hereinafter "TERRASMART"), is a foreign corporation doing business in the State of Rhode Island, whose principal address is 3556 Lake Shore Road, Buffalo, New York 14219.

### JURISDICTION

3. The Court has personal and subject matter jurisdiction over this Complaint as the Defendant has sufficient minimum contacts with the County of Providence in the State of Rhode Island, the transaction at issue took place in the County of Providence, and the monetary amount claimed is sufficient to establish jurisdiction upon this Court.

### VENUE

4. Venue is proper in this Court as the actions which give rise to this complaint occurred in Providence County.

### FACTS COMMON TO ALL COUNTS

5. On or before October 10, 2022, RENEWABLE ENERGY HOLDINGS, LLC (hereinafter "RENEWABLE ENERGY") was contracted by the Defendant TERRASMART as a subcontractor to provide installation services of a solar farm on the premises of 97 Howard Lane, Glocester, Rhode Island;

6. On October 10, 2022, Plaintiff was employed by RENEWABLE ENERGY as a Master Installer;

7. On or about October 10, 2022, Plaintiff was serving as part of a two-man team to install a post (a large heavy steel beam weighing approximately 175 pounds) into the ground;

8. On the day of the incident, Plaintiff was standing on the ground to guide the large heavy post for proper placement as his co-worker sat on a machine used to move and drive the post into the ground;

9. While trying to drive the post into the ground, it is believed that the post struck a boulder and caused the post to be ejected from the ground without warning, striking the Plaintiff;

10. Plaintiff sustained significant physical injuries, including a concussion, a facial laceration, three broken teeth, and an open displaced right midclavicular fracture;

11. Plaintiff required immediate surgery which included the use of wire, screws and plates to fuse broken bones;

12. Plaintiff was out of work for a significant period of time;

13. Plaintiff continues to suffer from his bodily injuries;

14. Defendant, TERRASMART, was required by contract to have a project manager and a licensed installer on site and provided neither on the day of the incident.

## COUNT I:

### PLAINTIFF'S CLAIM OF NEGLIGENGE AGAINST DEFENDANT TERRASMART, INC. (RESPONDEAT SUPERIOR)

15. Plaintiff incorporates by reference P.1 - P.14 of this Complaint as if fully realleged herein;

16. Defendant had a duty to ensure a safe work environment;

17. Defendant breached that duty;

18. Defendant's breach was the actual and proximate cause of Plaintiff's injuries.

## COUNT II:

### PLAINTIFF'S CLAIM OF NEGLIGENT HIRING AND SUPERVISION AGAINST DEFENDANT TERRASMART, INC.

19. Plaintiff incorporates by reference P.1 - P.14 of this Complaint as if fully realleged herein;

20. Defendant had a duty to provide and retain competent employees to supervise and manage the work site;

21. Defendant breached that duty;

22. Defendant's breach was the actual and proximate cause of Plaintiff's injuries.

## COUNT III:

### PLAINTIFF'S CLAIM AGAINST DEFENDANT TERRASMART, INC. FOR BREACH OF CONTRACT

23. Plaintiff hereby incorporates by reference P.1 - P.14 of this Complaint as if fully realleged herein;

24. Defendant had a duty pursuant to an express or implied contract with Plaintiff to maintain a safe work environment including sufficient and qualified staffing;

25. Plaintiff was an intended or expected beneficiary of that contract;

26. Defendant breached its duty by failing to provide a safe work environment;

27. Defendant's breach was the actual and proximate cause of Plaintiff's injuries.

## COUNT IV:

### PLAINTIFF'S CLAIM AGAINST DEFENDANT TERRASMART, INC. FOR NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS

1. Plaintiff incorporates by reference P.1 - P.14 of this Complaint as if fully realleged herein;

2. Defendant's conduct created an unreasonable and foreseeable risk of causing Plaintiff emotional distress;

3. Plaintiff suffered emotional distress;

4. Defendant's conduct was the actual and proximate cause of Plaintiff's emotional distress.

**WHEREFORE,** Plaintiff demands judgment against Defendant in an amount to compensate him for his injuries and damages as well as punitive damages and attorneys' fees, interest and costs.

## JURY TRIAL DEMAND

**PLAINTIFF DEMANDS A TRIAL BY JURY ON ALL COUNTS OF THIS COMPLAINT.**

Filed in Providence/Bristol County Superior Court
Submitted: 5/24/2024 2:32 PM
Envelope: 4643402
Reviewer: Carol M.

RESPECTFULLY SUBMITTED,

Plaintiff,
IAN MCGEE,
By his attorney

*/s/ Michael J. Santomaro*
Michael J. Santomaro, Esq. (#9741)
478A Broadway
Providence, RI 02909
Tel: 401.355.5000
Fax: 401.355.5001
michael@santomarolaw.com

DATED: May 24, 2024

4

See this notice in Cambodian, Spanish, and Portuguese on the attached pages. **Español**: Véase esta notificación en camboyano, español y portugués en las páginas adjuntas. **Português**: Leia esta notificação em cambojano, espanhol e português nas páginas em anexo.



# N O T I C E

## You have a case in the Rhode Island state court system.

## You have the right to an interpreter at no cost to you.

Rhode Island Supreme Court Executive Order 2012-05 states that when a Limited-English Proficient (LEP) person appears in court, the Rhode Island Judiciary will provide a free authorized interpreter for the defendant, plaintiff, witness, victim, parent of a juvenile, or someone with a significant interest in the court proceeding. This interpreting service is provided at no cost to the parties and in all types of cases, both civil and criminal. Court interpreters work in all the courthouses of the Rhode Island state court system.

To schedule an interpreter for your day in court, you have the following options:

1. Call the Office of Court Interpreters at (401) 222-8710, or

2. Send an email message to interpreterfeedback@courts.ri.gov, or

3. Visit the interpreters' office to schedule an interpreter:

> The Office of Court Interpreters
> Licht Judicial Complex
> Fourth Floor, Room 401
> 250 Benefit Street
> Providence, RI 02903

When requesting an interpreter, please provide the following information:

> The name and number of your case
> The language you are requesting
> The date and time of your hearing
> The location of your hearing
> Your name and a telephone number where we can reach you or your lawyer

---

For more information in Portuguese, Russian, and Spanish, including a listing of court forms that are available in Spanish, please visit our website on the Internet:

https://www.courts.ri.gov/Interpreters/englishversion/Pages/default.aspx.

To request a translation of this notice into any other language, please call the Office of Court Interpreters at (401) 222-8710. It would be helpful to have an English speaker with you when you call.

The Rhode Island Judiciary is committed to making the courts accessible to all.

> The Office of Court Interpreters
> Licht Judicial Complex Fourth
> Floor Room 401
> 250 Benefit Street
> Providence, RI 02903

មើលសេចក្តីជូនដំណឹងនេះជាភាសាខ្មែរ អេស្បាញ និងព័រទុយហ្គាល់នៅលើទំព័រដែលបានភ្ជាប់។

## សេចក្តីជូនដំណឹង

### លោកអ្នកមានបណ្តឹងនៅក្នុងប្រព័ន្ធតុលាការនៃរដ្ឋ Rhode Island។

### លោកអ្នកមានសិទ្ធិស្នើសុំអ្នកបកប្រែដោយឥតគិតថ្លៃសម្រាប់ខ្លួនឯង។



ដីកាប្រតិបត្តិរបស់តុលាការកំពូលនៃ Rhode Island (Rhode Island Supreme Court Executive Order) លេខ 2012-05 បានចែងថានៅពេលបុគ្គលដែលមានចំណេះដឹងភាសាអង់គ្លេសមានកំណត់ (LEP) បង្ហាញខ្លួននៅក្នុងតុលាការ តុលាការនៃ Rhode Island នឹងផ្តល់អ្នកបកប្រែដែលបានអនុញ្ញាតដោយឥតគិតថ្លៃសម្រាប់ចុងចោទ ដើមចោទ សាក្សី ជនរងគ្រោះ មាតាបិតារបស់អនីតិជន ឬអណាព្យាបាលដែលពាក់ព័ន្ធយ៉ាងសំខាន់នៅក្នុងដំណើរការតុលាការ។ សេវាកម្មបកប្រែនេះ ត្រូវបានផ្តល់ជូនដោយឥតគិតថ្លៃសម្រាប់ភាគី និងនៅគ្រប់ប្រភេទនៃបណ្តឹង ទាំងរដ្ឋប្បវេណី និងព្រហ្មទណ្ឌ។ អ្នកបកប្រែក្នុងតុលាការធ្វើការនៅក្នុងគ្រប់តុលាការទាំងអស់របស់ប្រព័ន្ធតុលាការនៃរដ្ឋ Rhode Island។ ដើម្បីត្រៀមពេលវេលាអ្នកបកប្រែសម្រាប់ថ្ងៃចូលសវនាការរបស់លោកអ្នក លោកអ្នកមានជម្រើសដូចខាងក្រោម ៖

1. ទូរស័ព្ទមកកាន់ការិយាល័យអ្នកបកប្រែប្រចាំតុលាការតាមរយៈលេខ **(401) 222-8710** ឬ
2. ផ្ញើអ៊ីម៉ែលទៅកាន់ **interpreterfeedback@courts.ri.gov** ឬ
3. ទៅកាន់ការិយាល័យអ្នកបកប្រែដើម្បីត្រៀមពេលវេលាអ្នកបកប្រែ ៖

> **The Office of Court Interpreters**
> **Licht Judicial Complex**
> **Fourth Floor, Room 401**
> **250 Benefit Street**
> **Providence, RI 02903**

នៅពេលស្នើសុំអ្នកបកប្រែ សូមផ្តល់នូវព័ត៌មានដូចខាងក្រោម ៖

- ឈ្មោះ និងលេខបណ្តឹងរបស់លោកអ្នក
- ភាសាដែលលោកអ្នកស្នើសុំ
- កាលបរិច្ឆេទ និងម៉ោងសវនាការរបស់លោកអ្នក
- ទីតាំងនៃសវនាការរបស់លោកអ្នក
- ឈ្មោះ និងលេខទូរស័ព្ទលោកអ្នកដែលយើងខ្ញុំអាចទំនាក់ទំនងលោកអ្នក ឬមេធាវីលោកអ្នកបាន

---

សម្រាប់ព័ត៌មានបន្ថែមជាភាសាព័រទុយហ្គាល់ រុស្ស៊ី និងអេស្បាញ រួមទាំងបញ្ជីទម្រង់បែបបទតុលាការដែលមានជាភាសាអេស្បាញនោះ សូមចូល ទៅកាន់គេហទំព័ររបស់យើងខ្ញុំនៅលើអ៊ិនធឺណិត ៖

https://www.courts.ri.gov/Interpreters/englishversion/Pages/default.aspx.

ដើម្បីស្នើសុំការបកប្រែសេចក្តីជូនដំណឹងនេះជាភាសាណាមួយផ្សេងទៀត សូមទូរស័ព្ទមកកាន់ការិយាល័យអ្នកបកប្រែប្រចាំតុលាការតាមរយៈលេខ (401) 222-8710។ វាជាការចាំបាច់ដែលត្រូវមានអ្នកនិយាយភាសាអង់គ្លេសជាមួយលោកអ្នកនៅពេលដែលលោកអ្នកទូរស័ព្ទចូល។

តុលាការ Rhode Island ប្តេជ្ញាធ្វើឱ្យតុលាការអាចប្រើប្រាស់បានសម្រាប់មនុស្សគ្រប់គ្នា។

---

ការិយាល័យអ្នកបកប្រែប្រចាំតុលាការ
Licht Judicial Complex
Fourth Floor Room 401
250 Benefit Street
Providence, RI 02903

See this notice in Cambodian, Spanish, and Portuguese on the attached pages.
**Camboyano**: SAMPLE: [Véase esta notificación en camboyano, español y portugués en las páginas adjuntas.]
**Español**: Véase esta notificación en camboyano, español y portugués en las páginas adjuntas.
**Português**: Leia esta notificação em cambojano, espanhol e português nas páginas em anexo.



# NOTIFICAÇÃO

## V. Ex.ª tem um processo em curso no sistema judiciário do Estado de Rhode Island,

## V. Ex.ª tem direito aos serviços gratuitos de um intérprete.

A Ordem Executiva 2012-05 do Supremo Tribunal de Rhode Island prevê que quando uma pessoa com conhecimentos limitados da língua inglesa (*Limited-English Proficient*) (LEP) comparece em tribunal, a Administração Judiciária de Rhode Island disponibiliza-lhe gratuitamente os serviços de um intérprete autorizado a um réu, autor, testemunha, vítima, pai ou mãe de um menor ou alguém com interesse significativo no processo judicial. O serviço de intérprete é prestado gratuitamente às partes e em todos os tipos de processos, sejam eles civis ou penais. Os intérpretes do tribunal trabalham em todos os tribunais do sistema judiciário do Estado de Rhode Island.

**Para agendar os serviços de um intérprete para o seu dia no tribunal, tem as seguintes opções:**

1. Telefonar para o Gabinete de Intérpretes Judiciais através do n.º (401) 222-8710, ou

2. Enviar uma mensagem de correio eletrónico para <u>interpreterfeedback@courts.ri.gov</u>, ou

3. Deslocar-se ao gabinete de intérpretes para agendar os serviços de um intérprete:

   **Gabinete de Intérpretes Judiciais**
   **Complexo Judicial Licht**
   **Quarto Piso, Sala 401**
   **250 Benefit Street**
   **Providence, RI 02903**

**Quando solicitar os serviços de um intérprete deve fornecer os seguintes dados:**

- O nome e número do seu processo
- O idioma que solicita
- A data e hora da sua audiência
- O local da sua audiência
- O seu nome e um número de telefone para o podermos contactar a si ou ao seu advogado

---

Para obter mais informações em português, russo e espanhol, incluindo uma lista dos formulários judiciais disponíveis em espanhol, visite o nosso website na internet:

https://www.courts.ri.gov/Interpreters/englishversion/Pages/default.aspx.

Para solicitar uma tradução desta notificação para qualquer outro idioma, telefone para o Gabinete de Intérpretes Judiciais através do número (401) 222-8710. Recomenda-se que esteja acompanhado por alguém que fale inglês quando fizer a chamada.

A Administração Judiciária de Rhode Island está empenhada em tornar os tribunais acessíveis para todos.

Gabinete de Intérpretes Judiciais
Complexo Judicial Licht
Quarto Piso, Sala 401
250 Benefit Street
Providence, RI 02903

See this notice in Cambodian, Spanish, and Portuguese on the attached pages.
**Español**: Véase esta notificación en camboyano, español y portugués en las páginas adjuntas.
**Português**: Leia esta notificação em cambojano, espanhol e português nas páginas em anexo.

# AVISO

## Usted tiene un caso en el sistema judicial de Rhode Island.

## Usted tiene el derecho a tener un intérprete sin costo para usted.



La Orden Ejecutiva 2012-05 del Tribunal Supremo de Rhode Island dicta que cuando una persona que tiene un dominio limitado del inglés (LEP) comparece ante la corte, el Sistema Judicial de Rhode Island le proveerá un intérprete autorizado gratis sea el acusado/demandado, demandante, testigo, víctima, padre de un menor de edad alguien que tenga con un interés importante en el proceso de la corte. Este servicio de interpretación se le proveerá sin costo alguno a los participantes en toda clase de caso, sea civil o penal.
Los intérpretes judiciales trabajan en todos los tribunales del Sistema Judicial de Rhode Island.

**Para solicitar un intérprete para su comparecencia en el tribunal, usted tiene las siguientes opciones:**

1. **Llamar a la Oficina de Intérpretes en el tribunal al 401-222-8710 ;**

2. **Mandar un correo electrónico a <u>interpreterfeedback@courts.ri.gov</u>; o**

3. **Presentarse a la Oficina de Intérpretes para solicitar un intérprete:**

     **The Office of Court Interpreters**
     **Licht Judicial Complex**
     **Cuarto Piso, Oficina 401 A-B**
     **250 Benefit Street**
     **Providence, RI 02903**

     **Al solicitar un intérprete, por favor provea la siguiente información:**

- **El nombre y el número de su caso**

- **El idioma que solicita**

- **La fecha y hora de su audiencia**

- **Dónde va a tomar lugar su audiencia**

- **Su nombre y número de teléfono por el cual nos podamos poner en contacto con usted o con su abogado.**

---

Para obtener más información en portugués, ruso o español, incluyendo una lista de formularios de la corte que están disponibles en español, visite nuestra página de internet:

https://www.courts.ri.gov/Interpreters/englishversion/Pages/default.aspx

Para solicitar la traducción de este aviso en cualquier otro idioma, por favor llame a la oficina de intérpretes al (401) 222-8710. Ayudaría si usted puede estar en compañía de una persona que habla inglés cuando llame.

El sistema jurídico de Rhode Island se compromete a proporcionar a todas las personas mejor acceso a los tribunales.

The Office of Court Interpreters
Licht Judicial Complex
Fourth Floor Room 401
250 Benefit Street
Providence, RI 02903

9/15